UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN BERRY,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO, et al.,<br><br>    Defendants. | Case No. 19-cv-00886-HSG<br><br>**ORDER GRANTING MOTION TO CHANGE DEADLINE**<br><br>Re: Dkt. No. 25 |

The Court **GRANTS** Plaintiff's unopposed motion to extend the deadline for filing his opposition to Defendants' motion to dismiss. Dkt. No. 25. The Court **SETS** July 5, 2019, as the deadline for Plaintiff to file his opposition and July 12, 2019, as the deadline for Defendants to reply.

**IT IS SO ORDERED.**

Dated: 5/30/2019

                                              HAYWOOD S. GILLIAM, JR.
                                              United States District Judge